IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. H-07-392-5 |
| | § | |
| | § | |
| CLARENCE THOMPSON | § | |

**O R D E R**

Defendant Thompson filed an unopposed motion for continuance, (Docket Entry No. 204). The motion for continuance is GRANTED. The objection-filing deadline is extended to **April 22, 2009.** The sentencing hearing is reset to **May 21, 2009, at 3:00 p.m.**

SIGNED on April 20, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge